UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| SANCHEKA FELIZ LAPAIX, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 1:26-CV-32-ZMB |
| | ) | |
| SAMUEL OLSON, et al. | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER OF DISMISSAL

Before the Court is Petitioner Sancheka Feliz Lapaix's Motion for Voluntary Dismissal Without Prejudice. Doc. 8. In light of Feliz Lapaix's release from custody and the related mootness issues, the Court finds that the appropriate factors warrant a dismissal of this case. *See Blaes v. Johnson & Johnson*, 858 F.3d 508, 512 (8th Cir. 2017) (setting forth the three factors in considering a dismissal under Rule 41(a)(2)).

Accordingly, the Court **GRANTS** Feliz Lapaix's [8] Motion for Voluntary Dismissal Without Prejudice and directs the Clerk of Court to close this case. *See* FED. R. CIV. P. 41(a)(2).

So ordered this 2nd day of March 2026.

_____
ZACHARY M. BLUESTONE
UNITED STATES DISTRICT JUDGE